IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL JACKSON, | ) | |
| Plaintiff, | ) | 2:10-cv-00648-GEB-JFM |
| v. | ) | <u>ORDER APPROVING PLAINTIFF'S APPLICATION TO PROCEED</u> *IN FORMA PAUPERIS* |
| CITY OF DAVIS, CITY OF DAVIS POLICE DEPARTMENT, | ) | |
| Defendants. | ) | |

On March 18, 2010, Plaintiff filed an "Application to Proceed Without Prepayment Of Fees and Affidavit" ("Application"), in which Plaintiff seeks approval from the Court to proceed in this case *in forma pauperis*. Plaintiff's Application to proceed *in forma pauperis* is approved.

Dated: April 22, 2010

GARLAND E. BURRELL, JR.
United States District Judge

1