IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL JACKSON, | ) | |
| | ) | 2:10-cv-00648-GEB-JFM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | FED. R. CIV. P. 4(M) NOTICE |
| | ) | |
| CITY OF DAVIS, CITY OF DAVIS POLICE DEPARTMENT, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure ("Rule 4(m)") that any defendant not served with process may be dismissed as a defendant in this action. Therefore, unless Plaintiff files proof of service(s) in a filing due no later than 4:00 p.m. on February 11, 2011, in which Plaintiff proves that each defendant has been served with process, or alternatively, shows in a filing due on the same date and time "good cause for the failure" to serve any unserved defendant within Rule 4(m)'s 120 prescribed period, an order may issue dismissing any unserved defendant. If both defendants are dismissed, this action will be dismissed and closed.

Dated: February 2, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1