IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JACKSON,  )
                 )  2:10-cv-00648-GEB-JFM
     Plaintiff,  )
                 )
     v.          )  ORDER OF DISMISSAL
                 )
CITY OF DAVIS, CITY OF DAVIS )
POLICE DEPARTMENT, )
                 )
     Defendants. )
_____)

Plaintiff was required to respond to an Order filed February 3, 2011, by either filing proof that Defendants City of Davis and City of Davis Police Department were served with process or a document showing good cause for Plaintiff's failure to serve these Defendants within the 120-day period prescribed in the Federal Rule of Civil Procedure 4(m). (ECF No. 7.) This filing was due no later than 4:00 p.m. on February 11, 2011. Id. The February 3, 2011 Order warned Plaintiff that failure to make the required showing by the deadline could result in any unserved defendant being dismissed, and "if both defendants are dismissed, this action [being] dismissed and closed." Id.

///
///
///
///

1

1  Plaintiff failed to respond to the February 3, 2011 Order.
2 Therefore, this action is dismissed without prejudice. This case shall
3 be closed.
4  IT IS SO ORDERED.
5 Dated: February 22, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge